MAXEY et al. v. WRIGHT, United States Indian Inspector, et al. (Circuit Court of Appeals, Eighth Circuit. November 22, 1900.) No. 1,402. Appeal from United States Court of Appeals in the Indian Territory. William T. Hutchings, for appellants. P. L. Soper, for appellees. No opinion. Affirmed, with costs.

---

MERCANTILE TRUST CO. v. PITTSBURG & W. RY. CO. Appeal of HOFFSTET. (Circuit Court of Appeals, Third Circuit. December 7, 1900.) No. 4. Appeal from the Circuit Court of the United States for the Western District of Pennsylvania. J. H. Beal, for appellant. Johns McCleave, for appellee. Before DALLAS and GRAY, Circuit Judges, and BRADFORD, District Judge.

DALLAS, Circuit Judge. Careful consideration of this record and of the arguments of counsel leaves us in no doubt as to the correctness of that part of the decree of the circuit court which is here complained of. We think the opinion of the learned judge of that court sufficiently sustains his conclusion that the Pittsburg & Western Railway Company was under no contractual obligation to construct the track which is the subject of controversy. Consequently we need not decide whether or not, if such obligation had existed, there should, under the circumstances of this case, have been a decree for its specific performance; but, if the determination of that question had been necessary, it would have been entitled to serious attention. 2 Story, Eq. §§ 742, 767; 3 Pars. Cont. p. 357; Du Bois v. Baum, 46 Pa. St. 537. The decree is affirmed.

---

MILLHISER et al. v. SMITH. (Circuit Court of Appeals, Fourth Circuit. November 5, 1900.) No. 370. Appeal from the District Court of the United States for the Eastern District of North Carolina. In bankruptcy. H. L. Stevens, for appellants. C. B. Aycock and F. A. Daniels, for appellee. Appeal dismissed by consent of counsel, under rule 20.

---

THE MOHEGAN. (Circuit Court of Appeals, Second Circuit. December 21, 1900.) No. 23. Appeal from the District Court of the United States for the Eastern District of New York. Samuel Park, for appellant. Le Roy S. Gove, for appellee. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges. No opinion. Decree of district court (91 Fed. 810) affirmed.

---

MUTUAL LIFE INS. CO. OF NEW YORK v. HILLMON. (Circuit Court of Appeals, Eighth Circuit. December 7, 1900.) No. 1,450. In Error to the Circuit Court of the United States for the District of Kansas. Edward Lyman Short, James A. Seddon, James L. Blair, and George J. Barker, for plaintiff in error. L. B. Wheat and C. F. Hutchings, for defendant in error. Dismissed, with costs, on motion of defendant in error.